FILED
November 17, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. MAG 05-0331 DAD
            Plaintiff,          )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
TUNG THANH HUYNH,               )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TUNG THANH HUYNH__, Case No. __MAG 05-0331 DAD__, Charge __21 USC §§ 846, 843 (b)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $_____

          _X_  Unsecured Appearance Bond $ __50,000.—  co-signed__

          ___  Appearance Bond with 10% Deposit

          ___  Appearance Bond with Surety

          ___  Corporate Surety Bail Bond

          _X_  (Other) __Pretrial Services Supervision with Conditions of release.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 17, 2005__ at __2:50 p.m.__

                        By __/s/ Dale A. Drozd__
                           Dale A. Drozd
                           United States Magistrate Judge

Original - U.S. Marshal